# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITE HERE HEALTH, *et al.*, | Case No. 2:13-cv-00069-APG-PAL |
| Plaintiffs, | |
| v. | **ORDER** |
| DESERT PALACE INC., *et al.*, | |
| Defendants. | |

IT IS ORDERED that the parties shall file a status report on or before July 15, 2015.

DATED this 1st day of July, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE