**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| UNITE HERE HEALTH, | Case No. 2:13-cv-00069-APG-PAL |
| Plaintiff, | |
| v. | **ORDER** |
| DESERT PALACE INC., *et al.*, | |
| Defendants. | |

In light of the status report (Dkt. #96) filed on July 1, 2015,

IT IS ORDERED that this action is STAYED pending bankruptcy proceedings.

IT IS FURTHER ORDERED that the parties shall file a status report on or before January 7, 2016, and every 180 days thereafter.

DATED this 8th day of July, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE