# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITE HERE HEALTH, et al., | Case No.: 2:13-cv-00069-APG-PAL |
| Plaintiffs | **Order for Status Report** |
| v. | |
| DESERT PALACE, INC., et al., | |
| Defendants | |

This case has been stayed pending resolution of bankruptcy proceedings. The parties filed the last status report in January 2017. ECF No. 100. As it has been over a year and a half since the last status report,

IT IS ORDERED that the parties shall file a status report on or before October 31, 2018.

DATED this 12th day of October, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE